JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

KORIA J.,
Plaintiff,
v.
FRANK BISIGNANO, Commissioner of Social Security,
Defendant.

No. 5:25-cv-02473-DOC-BFM

**JUDGMENT**

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the Commissioner's denial of benefits is reversed, and this matter is remanded, pursuant to sentence four of 42 U.S.C. § 406(g).

DATED: July 23, 2026

David O. Carter
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE